Parisien v Travelers Ins. Co. (2022 NY Slip Op 50622(U))

[*1]

Parisien v Travelers Ins. Co.

2022 NY Slip Op 50622(U) [75 Misc 3d 143(A)]

Decided on July 1, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 1, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT, CHEREÉ A.
BUGGS, JJ

2021-257 K C

Jules Francois Parisien, M.D., as Assignee
of Gonzales, Nicanor, Appellant, 
against
Travelers Insurance Company, Respondent.

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Law Office of Tina Newsome-Lee (Dawn Carney of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Richard
Tsai, J.), entered April 30, 2021. The order granted defendant's motion for summary judgment
dismissing the complaint and denied plaintiff's cross motion for summary judgement.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court granting defendant's motion for summary judgment dismissing
the complaint on the ground that plaintiff failed to appear at duly scheduled examinations under
oath (EUOs), and denying plaintiff's cross motion for summary judgment.
Contrary to plaintiff's sole contention with respect to defendant's motion, plaintiff's letters,
which improperly demanded that defendant agree to pay a flat up-front fee of $5,000 as a
condition for plaintiff to attend the EUOs scheduled by defendant (see Professional Health Imaging, P.C. v
State Farm Mut. Auto. Ins. Co., 51 Misc 3d 143[A], 2016 NY Slip Op 50698[U] [App
Term, 2d Dept, 2d, 11th & 13th Jud Dists 2016]) as well as sought to repeatedly reschedule
the EUOs to unspecified dates two months later, were insufficient to demonstrate the existence of
an issue of fact as to whether the EUOs were scheduled at reasonably convenient [*2]times (see 11 NYCRR 65-3.5 [e]).
Accordingly, the order is affirmed.
WESTON, J.P., TOUSSAINT and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 1, 2022